# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>E.R. STUEBNER, INC., *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:  Civil No. 5:21-cv-02466-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 25th day of January, 2022, upon consideration of Plaintiff's Motion to Dismiss (ECF No. 38), Defendants' response (ECF No. 43); and Plaintiff's reply thereto (ECF No. 44); **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's motion to dismiss Defendants' counterclaim for breach of contract is **GRANTED**. Count I of the Amended Answer (ECF No. 33) is **DISMISSED without prejudice**.

2. Defendants may file an amended counterclaim no later than **February 15, 2022**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge